IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID W. HALEY, an individual,

    Plaintiff,

  v.

COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California, and COMMANDER BILL STEVEN, an individual,

    Defendants.

No. C 08-04572 WHA

**ORDER TO SHOW CAUSE**

The Court notes that this action is scheduled for a jury trial to begin on **JANUARY 11, 2010**, with the final pretrial conference scheduled for **DECEMBER 21, 2009**, at **2:00 P.M.** Pursuant to the undersigned's standing order, pretrial submissions were due no later than **DECEMBER 14, 2009**, but none have been filed. The parties are ordered to respond by **NOON ON DECEMBER 18, 2009**, regarding why no preparations for trial are apparently being made.

**IT IS SO ORDERED.**

Dated: December 17, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE