IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID W. HALEY, an individual,

    Plaintiff,

  v.

COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California, and COMMANDER BILL STEVEN, an individual,

    Defendants.

No. C 08-04572 WHA

**ORDER VACATING TRIAL AND STAYING ACTION**

In light of the interlocutory appeal pending before the Ninth Circuit on the issue of whether defendant Bill Steven is entitled to qualified immunity, the jury trial scheduled to begin on January 11, 2010, is **VACATED** and proceedings before the undersigned are **STAYED**. The parties must notify the Court in writing immediately upon the resolution of the interlocutory appeal.

**IT IS SO ORDERED.**

Dated: December 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE