IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID W. HALEY, an individual,

    Plaintiff,

  v.

COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California, and COMMANDER BILL STEVEN, an individual,

    Defendants.

No. C 08-04572 WHA

**ORDER REQUESTING STATUS REPORT**

The interlocutory appeal to the court of appeals in this action has been voluntarily dismissed. The parties must file a status report by **NOON ON WEDNESDAY, OCTOBER 13, 2010**.

**IT IS SO ORDERED.**

Dated: October 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE