John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants County of Del Norte
and Commander Bill Steven

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE HALEY, an individual, | Case No. CV 08-4572 WHA |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; and COMMANDER BILL STEVEN, an individual, | |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0
**STIPULATION AND ORDER OF DISMISSAL**

1   IT IS STIPULATED by and between plaintiff DAVID WAYNE HALEY,
individually, by and through his attorney, Eric Maier, and COUNTY OF DEL NORTE,
CALIFORNIA, a political subdivision of the State of California; and COMMANDER
BILL STEVEN, an individual, by and through the Law Offices of Mitchell, Brisso,
Delaney & Vrieze, LLP, subject to approval of the Court as follows:

1) All claims presented by the Complaint of plaintiff DAVID WAYNE HALEY,
in the above-entitled matter shall be dismissed with prejudice as to all parties pursuant to
Rule 41(a) of the Federal Rules of Civil Procedure;

2) All parties to bear their own costs and attorneys' fees.

DATED: 10/11/10          MAIER SHOCH LLP

                         By: /s/ Eric Maier
                             Eric Maier
                             Attorney for Plaintiff

DATED: 10/11/10          MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

                         By: /s/ John M. Vrieze
                             John M. Vrieze
                             Attorneys for Defendants

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 12, 2010.      _____
                              Honorable William Alsup
                              United States District Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502